**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| GERALD ADAMS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DMG PARK, LLC, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>21-17442 (MCA) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of plaintiff Gerald Adams' response (ECF 247) to the Court's Order requiring him to show cause why he should not be sanctioned for violating several previous Orders (ECF 244); and for the reasons set forth more fully in the Letter Opinion accompanying this Order,

**IT IS** on this day, January 29, 2026,

**ORDERED** that this action is stayed as a discovery sanction under Federal Rule of Civil Procedure 37 against plaintiff Adams until he either submits to in-person deposition in New Jersey, or obtains a Protective Order; and it is further

**ORDERED** that the Court shall strike and disregard plaintiff Adams' discovery dispute submissions at ECF 231, 241, 248, and 249 because they were submitted in violation of Court Orders (*see* ECF 207, 232); and it is further

**ORDERED** that an exception to the stay of this action shall be defendants' pursuit of responses from non-party Adidas America, Inc. ("Adidas") to a duly served Subpoena, and the stay of Adidas' time to respond to the Subpoena is hereby lifted;

**ORDERED** that defendants shall inform Adidas that it has until **February 23, 2026** to respond to the Subpoena, subject to any intervening motion to quash; and it is further

**ORDERED** that any motion to quash the Adidas Subpoena must be filed no later **February 13, 2026**; and it is further

**ORDERED** that defendants' requests to seek sanctions against plaintiff Adams and/or his counsel for misrepresentation and spoilation (ECF 251, 252) are hereby terminated, without prejudice to being resubmitted in accordance with Local Civil Rule 37.1 when the stay of discovery is lifted.

_s/ Leda Dunn Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge